938

No. 89–1685.   MICHIGAN v. GRZEGORCZYK.   Ct. App. Mich. Certiorari denied.

No. 89–1686.   SCHWEGMANN GIANT SUPER MARKETS ET AL. v. ROEMER, GOVERNOR OF LOUISIANA, ET AL.   Ct. App. La., 1st Cir.   Certiorari denied.

No. 89–1693.   NORTON v. NICHOLSON ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 89–1699.   HAMM ET AL. v. NORRED ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–1727.   SAPIA v. CHARTER MARKETING CO. ET AL. C. A. 2d Cir.   Certiorari denied.

No. 89–1729.   TAPP v. FRANK, POSTMASTER GENERAL.   C. A. 6th Cir.   Certiorari denied.

No. 89–1745.   EANES v. MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 89–1768.   SHIPLEY ET UX. v. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF DELAWARE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–1777.   RAMIREZ v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–1780.   DEBONIS v. CORBISIERO ET AL.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 89–1801.   AROCENA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–1805.   WILLIAMSON v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–6444.   QUARLES v. LAPPE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–6735.   MEDEIROS v. SHIMODA, ADMINISTRATOR, OAHU COMMUNITY CORRECTIONAL CENTER, ET AL.   C. A. 9th Cir. Certiorari denied.